Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| JENNY SALAS<br><br>Demandante- Apelada<br><br>v.<br><br>CONTRABAND HOOKAH, INC.<br><br>Co-demandado<br><br><br>SMART DISTRIBUTORS LLC<br><br>Co-demandado-Apelante | TA2025AP00454 | *CERTIORARI* procedente del Tribunal de Primera Instancia Carolina<br><br>Civil Núm. CN2024CV00567<br><br>Sobre: INTERFERENCIA TORTICERA |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

**Hernández Sánchez, Juez Ponente**

## SENTENCIA

En San Juan, Puerto Rico, a 7 de noviembre de 2025.

Evaluada la solicitud de desistimiento presentada por la parte Peticionaria Smart Distributors, LLC. el 6 de noviembre de 2025, se declara con lugar y se dicta sentencia por desistimiento con perjuicio de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones. [1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Regla 83 del Reglamento del Tribunal de Apelaciones, In re Aprob. Enmdas. Reglamento TA, 2025 TSPR 42, págs. 115-117, 215 DPR __ (2025).